UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NEUHAUS NEOTEC
MASCHINEN-UND ANLAGENBAU
GMBH, a foreign corporation

    Plaintiff,

v.                                  Case No.: 3:05-cv-682-J-99HTS

SUNTRUST BANK OF ATLANTA,
N.A., a national banking association,

    Defendant.
_____/

## ORDER

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. No. 3, filed August 3, 2005), the above-captioned case is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

W. Braxton Gillam, IV, Esq.
Peter E. Nicandri, Esq.
Michael Andersen, Esq.